# Combined Exhibit A
# Filed Under Seal