# Local Rule 26.1 Disclosure Statements Filed Under Seal