UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, and DOE CORPORATION 4,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-AMERICAN DEVELOPMENT BANK,<br><br>Defendant. | Civil Action No. 1:25-cv-1404<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1, Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 (collectively, "Doe Corporations") hereby move for a preliminary injunction barring Defendant Inter-American Development Bank (the "IDB") from continuing pending proceedings against Doe Corporations under the IDB's internal Sanctions Procedures (known as "sanctions proceedings"), or disclosing any information relating to those proceedings and the underlying allegations, pending resolution of this action.[1]

On April 28, 2025, the IDB's Office of the Sanctions Officer issued a separate Notice of Administrative Action to Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 (the "Notices"). The Notices initiate formal sanctions proceedings against Doe

---

[1] Pursuant to Local Civil Rule 7(m), undersigned counsel state that because this Motion is being filed contemporaneously with the Complaint, no counsel has yet filed an appearance on behalf of the IDB. Thus, Doe Corporations have been unable to confer with counsel for the IDB to determine whether the relief requested in this Motion is opposed.

Corporations pursuant to the IDB's Sanctions Procedures, which permit the IDB to seek a range of punitive remedies.

Continuation of the sanctions proceedings, or the disclosure of any information concerning those proceedings or the underlying allegations of misconduct, will cause Doe Corporations irreparable harm, as explained in the accompanying Memorandum. As such, a preliminary injunction is warranted.

Wherefore, Doe Corporations respectfully request that the Court grant the requested preliminary injunction to preserve the rights of the parties pending a resolution of this matter on the merits. Doe Corporations respectfully request that this Court schedule a hearing on this Motion at its earliest convenience, pursuant to Local Civil Rule 65.1(d). A proposed order is being submitted contemporaneously with this Motion.

Dated: May 8, 2025

Respectfully submitted,

/s/ *Margaret E. Krawiec*
Margaret E. Krawiec (D.C. Bar No. 490066)
Michael A. McIntosh (D.C. Bar No. 1012439)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Phone: (202) 371-7000
Fax: (202) 393-5760
margaret.krawiec@skadden.com
michael.mcintosh@skadden.com

Ryan D. Junck (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
22 Bishopsgate
London EC2N 4BQ, United Kingdom
Phone: +44 20 7519 7000
ryan.junck@skadden.com

*Counsel for Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I electronically filed the foregoing Plaintiffs' Motion for Preliminary Injunction, Memorandum in Support, and Proposed Order with the Clerk of Court using the CM/ECF system. I will cause all of the aforementioned documents to be served on Defendant along with the Summons and the Complaint.

Dated: May 8, 2025

Respectfully submitted,

/s/ *Margaret E. Krawiec*
Margaret E. Krawiec (D.C. Bar No. 490066)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Phone: (202) 371-7000
Fax: (202) 393-5760
margaret.krawiec@skadden.com

*Counsel for Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*