UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, and DOE CORPORATION 4,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-AMERICAN DEVELOPMENT BANK,<br><br>Defendant. | Civil Action No. 1:25-cv-1404 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and the Memorandum of Law, declarations, and materials filed in support thereof, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that Defendant Inter-American Development Bank (the "IDB") shall immediately stay—and shall not otherwise initiate, pursue, or continue—any internal investigative, administrative, or enforcement activity against Plaintiffs based on alleged conduct undertaken prior to the parties' execution of the Common Terms Agreement (*see* Combined Exhibit A), including all deadlines, obligations, or other activity in the formal proceeding that the IDB has initiated pursuant to the April 28, 2025 Notices of Administrative Action issued to Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 (the "Notices"), *see*

Combined Exhibits D–G, pending a final judgment and the conclusion of all appellate proceedings in this action; and it is further

**ORDERED** that the IDB is enjoined from disclosing any information related to the Notices and their associated proceedings—including the existence of and information related to (i) the allegations against Plaintiffs, collectively or individually, in either the Notices or the Office of Institutional Integrity's associated Statement of Charges and Evidence, *see* Combined Ex. H; or (ii) any other allegations of Prohibited Practices or other misconduct against any party arising out of the same proceedings, facts, events, or commercial projects—pending a final judgment and the conclusion of all appellate proceedings in this action; and it is

       **SO ORDERED** on this ___ day of _____, 2025,

                                                                             _____
                                                                             United States District Judge

**Pursuant to Local Civil Rule 7(k):**

<u>To be served by CM/ECF:</u>

    Counsel of record for Plaintiffs:  Margaret E. Krawiec and Michael A. McIntosh

    Counsel of record for Defendant:  Not Yet Appeared

<u>Please also serve Plaintiffs' counsel of record as follows:</u>

    Ryan D. Junck (*pro hac vice* forthcoming)
    SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP
    22 Bishopsgate
    London EC2N 4BQ, United Kingdom
    Phone: +44 20 7519 7000
    ryan.junck@skadden.com

<u>Please also serve Defendant as follows:</u>

    Inter-American Development Bank
    1300 New York Ave., NW
    Washington, DC 20577