AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, Doe Corporation 4 ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-1404 |
| Inter-American Development Bank ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, Doe Corporation 4                .

Date:   May 8, 2025

/s/ Michael A. McIntosh
*Attorney's signature*

Michael A. McIntosh (DC Bar No. 1012439)
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, DC 20005
*Address*

michael.mcintosh@skadden.com
*E-mail address*

202-371-7000
*Telephone number*

202-393-5760
*FAX number*