# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, and DOE CORPORATION 4,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-AMERICAN DEVELOPMENT BANK,<br><br>Defendant. | Civil Action No. 1:25-cv-1404 |

## DECLARATION OF RYAN D. JUNCK IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan D. Junck, pursuant to 28 U.S.C. §1746, hereby declare:

1. My full name is Ryan D. Junck, counsel for Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4. I am a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom (UK) LLP.

2. My office address is 22 Bishopsgate, London EC2N 4BQ, United Kingdom. My office telephone number is +44 20 7519 7000.

3. I am a member in good standing of the Bar of the State of New York and the State Bar of California, as well as the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and that I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of May 2025.

_____
Ryan D. Junck

2