UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, and DOE CORPORATION 4,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-AMERICAN DEVELOPMENT BANK,<br><br>Defendant. | Civil Action No. 1:25-cv-1404 |

**PLAINTIFFS' MOTION TO EXTEND PLAINTIFFS' DEADLINE TO COMPLY WITH THE COURT'S MAY 14, 2025 ORDER
<u>PENDING RESOLUTION OF PLAINTIFFS' MOTION TO RECONSIDER</u>**

Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 (collectively, "Doe Corporations"), by and through undersigned counsel, respectfully move for an extension of their deadline to comply with this Court's May 14, 2025 Order Denying Plaintiffs' Motion to Proceed Under Pseudonym ("May 14 Order"), pending this Court's decision on their May 19, 2025 Motion to Reconsider that Order ("Motion to Reconsider").[1]

On May 14, 2025, the Court issued its Order denying Doe Corporations' Motion to Proceed Under Pseudonym. *See* ECF No. 6; *see also* ECF No. 2 (Motion to Proceed Under Pseudonym). The May 14 Order provides that within 14 days, Doe Corporations "shall file a

---

[1] Pursuant to Local Rule 7(m), undersigned counsel state that because this motion is being filed before the Court has issued the summons, no counsel has yet filed an appearance on behalf of Defendant Inter-American Development Bank (the "IDB"). Thus, Doe Corporations have been unable to confer with such counsel to determine whether the relief requested in this motion is opposed.

Notice advising the Clerk of the Court whether they wish to proceed with filing the Complaint on the public docket using their real names." *Id.*, at 6. If Doe Corporations do not file the Notice within that timeframe, the May 14 Order directs the Clerk to terminate the case. *Id.*

On May 19, 2025, Doe Corporations filed a motion asking this Court to reconsider its May 14 Order. *See* ECF No. 8. The Motion to Reconsider remains pending; Doe Corporations' current deadline to respond to the May 14 Order is tomorrow (May 28). Given the pendency of Doe Corporations' Motion to Reconsider, Doe Corporations respectfully request that this Court extend Doe Corporations' response obligations in respect to the May 14 Order until 14 days after the Court has ruled on the Motion to Reconsider.

Granting this brief and minimally disruptive extension would allow the Court to rule on the pending Motion to Reconsider (and afford Doe Corporations an ability to decide how to proceed based on the Court's determination), and would be consistent with this Court's authority to "control the disposition of the causes on its docket," *see Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Moreover, the requested extension is warranted here given the substantive merit of Doe Corporations' pending Motion to Reconsider, *see* ECF No. 8; the significant harm to Doe Corporations absent the extension (an imminent deadline to decide whether to proceed publicly or face termination of its action, both of which risk mooting its Motion to Reconsider); the lack of any corresponding harm to the IDB, on whom the requested stay would impose no obligations; and the public interest associated with clarity regarding the standard governing pseudonymous litigation, as discussed in the Motion to Reconsider. *See Cuomo v. U.S. Nuclear Regulatory Com'n*, 772 F.2d 972, 974 (D.C. Cir. 1985) (outlining motion to stay factors).

For the foregoing reasons, Doe Corporations respectfully request that the Court grant their Motion and extend their deadline to comply with the Court's May 14 Order until 14 days from this Court's resolution of their Motion to Reconsider.

Dated:  May 27, 2025

Respectfully submitted,

/s/ *Margaret E. Krawiec*
Margaret E. Krawiec (D.C. Bar No. 490066)
Michael A. McIntosh (D.C. Bar No. 1012439)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Phone:  (202) 371-7000
Fax:  (202) 393-5760
margaret.krawiec@skadden.com
michael.mcintosh@skadden.com

Ryan D. Junck (*pro hac vice* pending)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
22 Bishopsgate
London EC2N 4BQ, United Kingdom
Phone:  +44 20 7519 7000
ryan.junck@skadden.com

*Counsel for Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*