UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE CORPORATION 1, DOE CORPORATION 2, DOE CORPORATION 3, and DOE CORPORATION 4,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-AMERICAN DEVELOPMENT BANK,<br><br>Defendant. | Civil Action No. 1:25-cv-1404 |

### NOTICE OF APPEAL

Notice is hereby given this 4th day of August 2025, that Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 ("Plaintiffs") appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's May 14, 2025 Order denying Plaintiffs' Motion to Proceed Under Pseudonym (as revised May 15, 2025) (ECF No. 6) and July 30, 2025 Order denying Plaintiffs' Motion to Reconsider the May 14, 2025 Order (ECF No. 12).

Dated:  August 4, 2025

Respectfully submitted,

/s/ *Michael A. McIntosh*
Michael A. McIntosh (D.C. Bar No. 1012439)
Margaret E. Krawiec (D.C. Bar No. 490066)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Phone:  (202) 371-7000
Fax:  (202) 393-5760
michael.mcintosh@skadden.com
margaret.krawiec@skadden.com

Ryan D. Junck (*pro hac vice* pending)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
22 Bishopsgate
London EC2N 4BQ, United Kingdom
Phone:  +44 20 7519 7000
ryan.junck@skadden.com

*Counsel for Plaintiffs Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*